UNITED STATES of America, v. James Allen WHITE, alias James Robert Allen, alias J. R. Allen, alias Allen Plan Society, Appellant.

No. 8178.

Circuit Court of Appeals, Third Circuit.

Argued March 16, 1943.

Decided March 22, 1943.

Francis A. Reardon, of Wilmington, Del., for appellant.

W. Thomas Knowles, of Wilmington, Del., for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed upon the authority of Schenck v. United States, 249 U.S. 47, 39 S.Ct. 247, 63 L.Ed. 470.

UNITED STATES of America, Appellee, v. Daniel F. YOUNG, Inc., and United States Guarantee Company, Appellants.

No. 179.

Circuit Court of Appeals, Second Circuit.

March 23, 1943.

Benjamin A. Levett, of New York City, for appellants.

Joseph C. Kenney and Mathias F. Correa, U. S. Atty., both of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 43 F.Supp. 373.

John T. REGAN, Appellant, v. Cameron KING, Registrar of Voters in City and County of San Francisco, State of California.

No. 10299.

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1943.

Writ of Certiorari Denied May 17, 1943.

See 63 S.Ct. 1168, 87 L.Ed. ——.

U. S. Webb and Webb, Webb & Olds, all of San Francisco, Cal., for appellant.

John J. O'Toole, City Atty., and Walter A. Dold, Chief Deputy City Atty., both of San Francisco, Cal., for appellee.

Wayne M. Collins, of San Francisco, Cal. (A. L. Wirin, of Los Angeles, Cal., of counsel), for American Civil Liberties Union, Inc., et al., amici curiae.

Harold M. Sawyer and Charles R. Garry, both of San Francisco Cal., and Clore Warne, Charles Katz, Carey McWilliams, Loren Miller, Laurence Weinberg, and A. L. Wirin, all of Los Angeles, Cal., for San Francisco and Los Angeles Chapters of National Lawyers Guild, amici curiae.

Walter T. Tsukamoto, of Sacramento, Cal., Saburo Kido, of San Francisco, Cal., and Hugh E. Macbeth, Thos. L. Griffith, Jr., and A. L. Wirin, all of Los Angeles, Cal., for Japanese American Citizens League, amicus curiae.

PER CURIAM.

On the authority of the Fourteenth Amendment to the Constitution, § 1, making all persons born in the United States citizens thereof, as interpreted by the Supreme Court of the United States in United States v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456, 42 L.Ed. 890, and a long line of decisions, including the recent decision in Perkins, Secretary of Labor et al. v. Elg., 307 U.S. 325, 59 S.Ct. 884, 83 L.Ed. 1320, the judgment of dismissal, 49 F.Supp. 222, is affirmed.